UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tony Curtis Barrino, )
)
Plaintiff, )
)
v. )  Civil Action No. 09 2042
)
Heidi Collins *et al.*, )
)
Defendants. )

FILED
OCT 3 0 2009
Clerk, U.S. District and
Bankruptcy Courts

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of Hyattsville, Maryland, sues three employees of "Cable Network News" and a member of the United States Air Force "on grounds of conspiracy [sic] to commit extortion, conspircy [sic] to commit physocolocial [sic] damages–distress and mental anuguish [sic] . . . ." Compl. at 2. The rambling complaint consists of a series of illogical statements and a demand for damages exceeding $60 trillion. Complaints that describe fantastic or delusional scenarios or contain "fanciful factual allegation[s]" are subject to dismissal under 28 U.S.C. § 1915(e)(2). *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); accord *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). This complaint qualifies for such treatment and, thus, is dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: October 26, 2009